IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS | : : : |
| Plaintiff(s) | : : |
| vs. | Case Number: 1:03-cv-00355 : : Senior District Judge S. Arthur Spiegel |
| NATIONAL FOOTBALL LEAGUE, et al. | : : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . .Accordingly, the Defendants' First Motion for Summary Judgment (Statute of Limitations) (doc. 123) is GRANTED.  The Plaintiff's Third Motion for Partial Summary Judgment (docs. 127 & 128) is DENIED.   The Court further DENIES Plaintiff's request for Rule 56(f) relief and to Stay Summary Judgment Proceedings (doc. 180).  The federal law claims having been dismissed on the ground of the statute of limitations, the Court DECLINES supplemental jurisdiction over the remaining claims for common law fraud, and for Defendants' Counterclaims.  Accordingly, the Court DENIES WITHOUT PREJUDICE Defendants' Fourth Motion for Summary Judgment on Common Law fraud (doc. 126), DENIES WITHOUT PREJUDICE Plaintiff's Motion to Dismiss Cincinnati Bengals' Counterclaim (doc. 103), and DENIES WITHOUT PREJUDICE Defendants' Motion for Summary Judgment on Counterclaims (doc. 121).   In light of this decision, the Court finds it unnecessary to reach all other pending motions in this matter and therefore DENIES: Defendants' Motion to Dismiss (doc. 7), Defendants' Motion to Strike Summary Jury Trial Order (doc. 82), Plaintiff's Motion for Summary Judgment Based on Collateral Estoppel (doc. 120), Defendants' Second Motion for Summary Judgment (Causation)(doc. 124), and Defendants' Third Motion for Summary Judgment (doc. 125).  This case is dismissed from the Court's docket.

| | |
|---|---|
| 2/9/06 | James Bonini, Clerk |
| | |
| | s/Kevin Moser |
| | Deputy Clerk |